Liza M. Walsh
Christine I. Gannon
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217

*Attorneys for Plaintiff*
*TransWeb, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRANSWEB, LLC, | Civil Action No. 10-4413 (FSH/PS) |
| Plaintiffs, | |
| v. | |
| 3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY, | |
| Defendants. | |

**AMENDED REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE***
**ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel, Matthew Warren, to receive electronic notification at a different email address in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Matthew Warren, to appear *pro hac vice* in the within matter was entered on December 6, 2010; and

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court at DE 29.

Dated: February 8, 2011                    *s/Liza M. Walsh*
                                            Liza M. Walsh
                                            CONNELL FOLEY LLP
                                            85 Livingston Avenue
                                            Roseland, New Jersey 07068

2453620-02

**PRO HAC VICE ATTORNEY INFORMATION**
Matthew Warren
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel. 213-443-3000
Fax. 213-443-3100
**New Email: matthewwarren@courtpapers.info**

2453620-02