UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANSWEB, LLC, | |
| Plaintiff, | Civil Action No. 10-4413 (FSH) |
| v. | |
| 3M INNOVATIVE PROPERTIES COMPANY, ET AL., | ORDER ON INFORMAL APPLICATION |
| Defendants. | |

This matter having come before the Court by way of letters dated December 16, 2011, regarding the defendant's request to have the Hon. Garrett E. Brown Jr. be appointed as a Special Master upon his departure from the bench to address the privilege issues that were going to be the subject of a hearing before the Undersigned on January 17, 2012;

and the Court having considered the positions of the parties;

and the Undersigned having conferred with United States District Judge;

and the United States District Judge determining that a Special Master should be appointed;[1]

IT IS THEREFORE ON THIS 19th day of December, 2011

ORDERED that the privilege disputes shall be resolved by a Special Master who will be appointed pursuant to a separate order; and

---

[1] The defendants had suggested that the Court appoint Chief Judge Brown to serve as the Special Master after he departs the bench and enters the private sector. While he would have been a fine choice, he is not entering the private sector until late January, 2012 and the Court wants to ensure that the parties receive an earlier resolution of the privilege dispute.

IT IS FURTHER ORDERED that all deadlines shall remain in full force and effect and the status of the privilege disputes shall not be a basis to delay any other pretrial proceedings.

<u>s/Patty Shwartz</u>
**UNITED STATES MAGISTRATE JUDGE**