Gregory D. Miller
gmiller@podvey.com
Damian P. Conforti
dconforti@podvey.com
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN, P.C.
The Legal Center, One Riverfront Plaza
Newark, NJ 07102-5497
Tel: (973) 623-1000
Fax: (973) 623-9131

Juanita Brooks *(admitted pro hac vice)*, brooks@fr.com
John C. Adkisson *(admitted pro hac vice)*, adkisson@fr.com
Sara Cotton *(admitted pro hac vice)*, cotton@fr.com
Adam Steinert *(admitted pro hac vice)*, steinert@fr.com
Jason Zucchi *(admitted pro hac vice)*, zucchi@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

*Attorneys for Defendants 3M Innovative*
*Properties Company and 3M Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANSWEB, LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY,<br><br>              Defendants. | Civil Action No. 2:10-cv-04413 (FSH/PS) |

### 3M'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on March 19, 2012, or as soon thereafter as counsel may

be heard, the undersigned attorneys for 3M Innovative Properties Company and 3M Company

(collectively "3M") will move before the Honorable Faith S. Hochberg, United States District Judge, at the Frank R. Lautenberg U.S.P.O. & Courthouse, Room 417, Newark, New Jersey, for an Order granting summary judgment that (1) United States Patent No. 6,397,458 and United States Patent No. 6,808,551 are not unenforceable due to inequitable conduct, (2) TransWeb cannot meet its burden of proving that 3M has committed any antitrust violations or engaged in any unfair competition, (3) TransWeb has directly infringed all asserted claims of United States Patent No. 6,397,458, (4) TransWeb has directly and contributorily infringed all asserted claims of United States Patent No. 6,808,551, and (5) the July 1, 1997 letter from TransWeb to the Louis E. Gerson Company does not constitute an offer for sale under 35 U.S.C. § 102(b).

PLEASE TAKE FURTHER NOTICE that in support of this motion, 3M will rely upon 3M's Brief in Support of Its Motions for Summary Judgment, 3M's Statement of Material Facts Not in Dispute, the Declaration of Gregory D. Miller and attached documents, its reply papers, the pleadings in this civil action, and such further evidence and argument as the Court may receive prior to its decision.

PLEASE TAKE FURTHER NOTICE that pursuant to District of New Jersey Local Rule 7.1(e), a proposed form of order is being submitted by 3M concurrently with its motion.

Dated:  February 24, 2012                    PODVEY, MEANOR, CATENACCI, HILDNER,
                                             COCOZIELLO & CHATTMAN, P.C.

                                         By: /s/ _____
                                             Gregory D. Miller
                                             gmiller@podvey.com
                                             Damian P. Conforti
                                             dconforti@podvey.com
                                             The Legal Center, One Riverfront Plaza

2

Newark, NJ 07102-5497
Tel: (973) 623-1000
Fax: (973) 623-9131

FISH & RICHARDSON P.C.
Juanita Brooks (*admitted pro hac vice*)
brooks@fr.com
John C. Adkisson *(admitted pro hac vice)*
adkisson@fr.com
Sara Cotton *(admitted pro hac vice)*
cotton@fr.com
Adam Steinert *(admitted pro hac vice)*
steinert@fr.com
Jason Zucchi *(admitted pro hac vice)*
zucchi@fr.com
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Attorneys for Defendants
3M INNOVATIVE PROPERTIES COMPANY
and 3M COMPANY

60752676.doc