UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States Post Office & Courthouse
Newark, New Jersey 07101

JURY COMMUNICATION # __1__

DATE __11/30/12__

TIME __9:09__

The time line demonstrative closing argument of plaintiff side

The demonstrative used in Mr. Nixon's testimony

or

A white Board + markers