<u>**VERDICT FORM:**</u>
<u>**TransWeb, LLC v. 3M Innovative Properties Co.,** *et al.*</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANSWEB, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY, <br><br> Defendants. | Civil Action No. 2:10-cv-04413 (FSH/PS) <br><br> **JURY VERDICT FORM** |

03567.23271/5073284.1

1

# VERDICT FORM:
# TransWeb, LLC v. 3M Innovative Properties Co., *et al.*

**We, the jury in the above-titled action, hereby find as follows:**

1. Is claim 31 of the '458 patent invalid as obvious?

    ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

    YES __✓__          NO _____

2. Is claim 57 of the '458 patent invalid as obvious?

    ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

    YES __X__          NO _____

3. Is the '458 patent unenforceable by virtue of inequitable conduct?

    (Your finding on this issue is in an advisory capacity. Nonetheless, you should treat this as seriously as the other questions you are answering. If you are unable to reach a unanimous verdict on this question, please record the total number of Yes and No votes and move on to the next question. If you reach a unanimous verdict on this question, please just mark the corresponding answer below with an "X.")

    ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

    YES __X__          NO _____

4. Is the '551 patent unenforceable by virtue of inequitable conduct?

    (Your finding on this issue is in an advisory capacity. Nonetheless, you should treat this as seriously as the other questions you are answering. If you are unable to reach a unanimous verdict on this question, please record the total number of Yes and No votes and move on to the next question. If you reach a unanimous verdict on this question, please just mark the corresponding answer below with an "X.")

    ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

    YES __X__          NO _____

# VERDICT FORM:
## TransWeb, LLC v. 3M Innovative Properties Co., *et al.*

5. Did 3M violate the antitrust laws by enforcing or attempting to enforce fraudulently-procured patents?

   ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

   YES _X_                NO ____

6. Did 3M violate the antitrust laws by engaging in sham litigation?

   ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

   YES ____               NO _X_

7. If 3M violated the antitrust laws, is TransWeb entitled to its attorneys' fees?

   ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

   YES _X_                NO ____

8. If 3M violated the antitrust laws, is TransWeb entitled to lost profits in the amount of $34,412.00?

   ("Yes" is a finding for TransWeb. "No" is a finding for 3M.)

   YES _X_                NO ____

9. Is claim 31 of the '458 patent infringed by TransWeb?

   ("Yes" is a finding for 3M. "No" is a finding for TransWeb.)

   YES ____               NO _X_

10. Is claim 57 of the '458 patent infringed by TransWeb?

    ("Yes" is a finding for 3M. "No" is a finding for TransWeb.)

    YES ____              NO _X_

# VERDICT FORM:
## TransWeb, LLC v. 3M Innovative Properties Co., *et al.*

Your deliberations are at an end and you should review the verdict form and ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date this Verdict Form and notify the bailiff that you have reached a verdict.

Date: _____11/30_____, 2012