NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRANSWEB, LLC, | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | Civil Case No. 10-4413 (FSH) (JBC) |
| v. | **ORDER** |
| 3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY, | Date: April 21, 2014 |
| Defendants. | |

**HOCHBERG, District Judge:**

For the reasons set forth in the Court's Opinion of April 21, 2014;

**IT IS**, on this 21st day of April, 2014, hereby

**ORDERED** that Defendants' Motions for Judgment as a Matter of Law on Invalidity [Docket No. 492]; and Judgment as a Matter of Law on the Antitrust Claim [Docket No. 494] are **DENIED**;

**IT IS FURTHER ORDERED** that judgment shall be entered in accordance with the jury's finding that claims 57 and 31 of United States Patent Nos. 6,397,458 are invalid as obvious;

**IT IS FURTHER ORDERED** that Defendants' Motion for Judgment as a Matter of Law of Law on Infringement and Willfulness [Docket No. 497] is **DENIED** as moot;

**IT IS FURTHER ORDERED** that, based on the Court's findings, the Court holds U.S. Patent Nos. 6,397,458 and 6,808,551 unenforceable as a result of inequitable conduct;

**IT IS FURTHER ORDERED** that the Court adopts the Report and Recommendation of the Special Master [Docket No. 567] regarding attorneys' fees and costs;

**IT IS FURTHER ORDERED** that the parties shall submit a form proposed judgment within seven (7) days.

                                              **IT IS SO ORDERED**

                                              **/s  Faith S. Hochberg_____**
                                              **Hon. Faith S. Hochberg, U.S.D.J.**